IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| | * | |
| vs. | * | CRIM. NO. H–23-358 (10) |
| | * | |
| JERMAR BALLARD JONES | * | |
| Defendant | * | |

**MOTION FOR CONTINUANCE**

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, JERMAR JONES, the Defendant by and through undersigned counsel LINDSAY LOPEZ and JAMES STAFFORD and files this his Motion for Continuance and in support hereof would show the following:

I.

On February 27, 2025, Mr. Jones was charged by Indictment in Count 1: Conspiracy to Interfere with Commerce by Robbery in violation of 18 U.S.C. § 1951(b)(1) and (b)(3);Count 2: Conspiracy to Possess with Intent to Distribute Controlled Substances in violation of 21 U.S.C. § 841(a)(1), 841(b)(1)(A)(ii), 841(b)(1)(D), and 846; Count 3: Attempt to Possess with the Intent to Distribute a Controlled Substance in violation of 21 U.S.C. § 846 and § 2; Count 4: Possession of a Firearm in Furtherance of a Drug Trafficking Crime in violation of 18 U.S.C. § 924(c)(1)(A)(I) and 2; Count 5: Attempt to Possess with the Intent to Distribute a Controlled Substance in violation of 21 § U.S.C. § 846 and § 2; Count 6: Murder in Aid of Racketeering in violation of 18 U.S.C. § 1959(a)(1) and 2; Count 7: Using a Firearm During and In Relation to a Drug Trafficking Crime in violation of 18 U.S.C. § 924(c)(1)(A)(iii) and 2; Count 8: Using a

1

Firearm During and In Relation to a Crime of Violence in violation of 18 U.S.C. 924(c)(1)(A)(ii) and (iii) and (2); Count 9: Causing Death Through Use of a Firearm in violation of 18 U.S.C. 924(j)(1) and 2; Count 10: Murder in Aid of Racketeering in violation of 18 U.S.C. § 1959(a)(1) and 2; Count 11: Causing Death Through Use of a Firearm: in violation of 18 U.S.C. § 924(j)(1) and 2; and Count 22: Obstruction of Justice in violation of 18 U.S.C. § 1503(a) and 2.  His indictment alleges a murder, drug trafficking, and various other violent crimes.

This case is currently set for Pretrial Conference on September 22, 2025 at 8:45 a.m. and Jury Trial on September 29, 2025 at 9:00 a.m.

II.

Defendant Jones, co-defendant Dewayne Butler and co-defendant Christian Rucker are named in Count 6 which is a death eligible count.  At this writing, co-defendant Rucker has not been arrested.  Additionally, the DOJ Capital Committed has not decided to seek or not seek the death penalty.

On May 1, 2025, the Court also granted the Government's motion certifying this case as Complex (Doc. 193).

On June 5, 2025, the Government made available to defense a 5 TB harddrive containing the Government's discovery.  Undersigned counsel is in the process of reviewing said discovery.  Additional time is needed for defense attorney to complete his review of the discovery to determine if any motions need to be filed and also to review the Government's discovery with Defendant Jones.  Therefore, Defendant Jones requests a five (5) month continuance.

For the foregoing reason, the defendant respectfully submits that the best interests of justice is served by granting this motion substantially outweigh the interests of the defendant and

the community in a speedy trial, and that failure to grant the continuance would deprive defense counsel of sufficient time to investigate the facts of the case and to prepare for pretrial proceedings and for the trial itself.

III.

Undersigned counsel has consulted AUSA Byron Black, and he has no opposition to the Court granting a continuance. Each of the co-defendants' attorneys were also contacted regarding the filing of this motion and their positions are as follows:

Attorney Joseph Vinas for Defendant Derrick Butler (1) is *unopposed*;
Attorney Trent Gaither for Defendant Travon Maxwell (2) is *unopposed*;
Attorney Anuj Shan for Defendant Emmanuel Winnfield (3) is *unopposed*;
Attorney David Adler for Defendant Herman Mitchell (4) is *unopposed*;
Attorney Todd Dupont for Defendant Tyron Bolton (5) is *unopposed*;
Attorney Robert Fickman for Defendant Joe Champion (6) is *unopposed;*
Attorney James Alston for Defendant Jonta Glover (7) is *unopposed*;
Attorney Gregory Gladden for Defendant Dewayne Champion (8) is *unopposed*;
Attorney Gordon Dees for Defendant Cedric Andrews (9) is *unopposed*;
Attorney Feroz Merchant for Defendant Samuel Draper (12) is *unopposed*; and
Attorney Raymundo Vasquez for Defendant Jeremy Jenkins (13) is *opposed*.

IV.

This Motion is not made for delay, but that justice may be done.

WHEREFORE, PREMISES CONSIDERED, the Defendant requests that the Court grant this motion and that the case be continued for five (5) months on a date convenient to the Court.

3

Respectfully submitted,

_____
JAMES STAFFORD
Attorney at Law
515 Caroline St
Houston, TX 77002
713-228-3600
713-223-3933 fax
info@staffordkeyserbromberg.com
State Bar No. 18996900
Federal Admission No: 5289


/s/   Lindsay Lopez
Lindsay Lopez
14150 Huffmeister Rd., Ste. 200-113
Cypress, TX 77429
lawofficeoflindsayrlopez@yahoo.com
State Bar No. 24062859

*Attorneys for Defendant Jermar Jones*

## CERTIFICATE OF SERVICE

I, JAMES STAFFORD, hereby certify that a copy of the foregoing Motion has been forwarded to AUSA Byron Black via the Court's electronic filing system, on this the 21st day of August, 2025.

/S/ James Stafford
JAMES STAFFORD

## CERTIFICATE OF CONFERENCE

This is to certify that the undersigned counsel has consulted with AUSA Byron Black and he is unopposed to the above-requested relief.

/S/ James Stafford
JAMES STAFFORD

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
|     Plaintiff | * | |
| | * | |
| vs. | * | CRIM. NO. H–23-358 (10) |
| | * | |
| JERMAR BALLARD JONES | * | |
|     Defendant | * | |

**ORDER**

On this the _____ day of _____, 2025, came on to be considered the Defendant's Motion for Continuance, and said Motion is hereby GRANTED____/DENIED____.

SIGNED on the date set forth above.

_____
U.S. DISTRICT JUDGE LEE H. ROSENTHAL